1  PILLSBURY WINTHROP LLP
   WILLIAM GAUS  # 054999
2  NATALIE A. BECCIA  # 180991
   URSULA A. WYNHOVEN #206901
3  50 Fremont Street
   Post Office Box 7880
4  San Francisco, CA  94120-7880
   Telephone:  (415) 983-1000
5  Facsimile:  (415) 983-1200

6  PATTON BOGGS LLP
   SALLY D. GARR
7  GREGORY S. WALDEN
   2550 M Street, N.W.
8  Washington, DC  20037
   Telephone:  (202) 457-6000
9  Facsimile:  (202) 457-6315

10 Attorneys for Plaintiff
   AEROGROUND, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AEROGROUND, INC., a California Corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO AIRPORT COMMISSION, and JOHN L. MARTIN, in his official capacity as Director of the San Francisco International Airport,<br><br>　　　　　　　Defendants. | No. C 01-1628 VRW<br><br>PLAINTIFF AEROGROUND, INC.'S *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION<br><br>Date:　　　April 27, 2001<br>Time:　　　_:__ p.m.<br>Dept.　　　6 |

　　　　Pursuant to Rule 65 of the Federal Rules of Civil Procedure and Civil Local Rules ("L.R.") 65-1 and 7-10, plaintiff AEROGROUND, INC. ("Aeroground") hereby submits this *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction (the "Application").  Pursuant to L.R. 65-1(c), Aeroground has

1  given notice to defendants of this motion.  See Declaration of Natalie A. Beccia, ¶ 5
2  (submitted herewith).
3
4       This Application is based upon the accompanying Memorandum of Points &
   Authorities, the Declarations of Natalie A. Beccia and Phil Scherer, all papers and
5
   documents on file in this action, the argument of counsel and such evidence as may be
6
   presented at the time of hearing or of which the Court may take judicial notice.
7
8       Dated:  April __, 2001.

                                    PILLSBURY WINTHROP LLP
9                                   WILLIAM GAUS
                                    NATALIE A. BECCIA
10                                  URSULA A. WYNHOVEN
                                    50 Fremont Street
11                                  Post Office Box 7880
                                    San Francisco, CA  94120-7880
12
                                    PATTON BOGGS LLP
13                                  SALLY D. GARR
                                    GREGORY S. WALDEN
14                                  2550 M Street, N.W.
                                    Washington, DC  20037
15

16                                  By _____
                                            William Gaus
17                                       Attorneys for Plaintiff
                                         AEROGROUND, INC.
18

19

20

21

22

23

24

25

26

27

28